■ MIRIAM BERKOWITZ, Respondent, v MAX BERKOWITZ, Appellant.—In an action, *inter alia,* for separation, the defendant husband appeals from an order of the Supreme Court, Rockland County, entered April 3, 1975, which denied his motion for summary judgment dismissing the third cause of action in plaintiff's amended complaint. Order reversed, on the law, without costs, and motion granted. Appellant discharged his obligation to provide respondent with necessaries by fully complying with the support order of the Family Court *(Turner v Woolworth,* 221 NY 425; *Macy, Inc. v Herskowitz,* 56 Misc 2d 847). Similarly, respondent waived her common-law right to recover for legal fees, incurred in a matrimonial action, as necessaries by making application for such fees under section 237 of the Domestic Relations Law *(Tompkins & Lauren v Glass,* 44 Misc 2d 239). This case should be tried promptly. We have not considered the sufficiency of the amount in the order granting temporary alimony. Hopkins, Acting P. J., Martuscello, Cohalan, Christ and Munder, JJ., concur.

■ ROGER BICK et al., Appellants, v JAMES E. GUERIN et al., Constituting the ZONING BOARD OF APPEALS OF THE VILLAGE OF HASTINGS-ON-HUDSON, Respondents.—In a proceeding pursuant to CPLR article 78 to annul respondents' determination, made after a hearing, denying petitioners' application for a variance, the appeal is from a judgment of the Supreme Court, Westchester County, dated April 29, 1975, which sustained the determination and dismissed the petition. Judgment affirmed, without costs. The denial by respondents of appellants' application for a variance was based upon substantial evidence. Rabin, Acting P. J., Hopkins, Christ, Munder and Shapiro, JJ., concur.

■ ARTHUR BRISKIN, Respondent, v CHEMICAL BANK, Appellant.—In an action to recover a sum of money, in which plaintiff was granted summary judgment by order of the District Court, Nassau County, Second District, Wantaugh Part, dated June 4, 1974, defendant appeals (by permission) and as limited by its brief, from so much of an order of the Appellate Term of the Supreme Court, Ninth and Tenth Judicial Districts, dated December 12, 1974, as, upon reversing the order of the District Court and denying plaintiff's motion for summary judgment, did not grant it (defendant) summary judgment. Order affirmed insofar as appealed from, with $20 costs and disbursements. There are issues of fact which require a trial. Hopkins, Acting P. J., Martuscello, Cohalan, Christ and Munder, JJ., concur.